STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
ALEXANDER ADRIAN, ESQ.
Nevada Bar No. 015695
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
szinna@ocgas.com
aadrian@ocgas.com
702-384-4012
702-383-0701 fax
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IBSA TILAHUN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY LAS VEGAS STADIUM, LLC, a foreign Delaware corporation; SUMMERLIN BASEBALL CLUB MEMBER, LLC, a foreign Delaware corporation; HOWARD HUGHES HOLDINGS INC., a foreign Delaware corporation; DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00441-JAD-EJY<br><br>**STIPULATION AND ORDER TO REMAND REMOVED ACTION** |

**STIPULATION AND ORDER TO REMAND REMOVED ACTION**

IBSA TILAHUN (Plaintiff) and CLARK COUNTY LAS VEGAS STADIUM, LLC, SUMMERLIN BASEBALL CLUB MEMBER, LLC and HOWARD HUGHES HOLDINGS INC., (Defendants) stipulate as follows:

/ / /

/ / /

1

1. On January 26, 2024, Plaintiff Ibsa Tilahun commenced an action in the Eighth Judicial District Court of Clark County, Nevada, styled: *Tilahun v. Clark County Las Vegas Stadium, LLC,* et. al. Case No. A-24-885918-C.

2. Defendants were served with a summons and complaint in the State Court Action on February 14, 2024.

3. On March 5, 2024 Defendants filed a notice of removal of the action and a statement of removal of action pursuant to USC § 1441(b) with the United States District Court for the District of Nevada.

4. On March 5, 2024, Defendants filed the Petition for Removal.

5. After discussions, the parties have agreed that the action should be remanded to the Eighth Judicial District Court, Clark County, Nevada.

6. The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to removal and the subsequent remand of the action pursuant to this stipulation and order.

| OLSON CANNON & GORMLEY | J.K. NELSON LAW, LLC |
|---|---|
| /s/ *Stephanie Zinna, Esq.* | /s/ *Johnathan K. Nelson, Esq.* |
| STEPHANIE ZINNA, ESQ. | JOHNATHAN K. NELSON, ESQ. |
| Nevada Bar No. 011488 | Nevada Bar No. 012836 |
| ALEXANDER ADRIAN, ESQ. | DAVID A. THOMAN, ESQ. |
| Nevada Bar No. 015695 | Nevada Bar No. 012501 |
| 9950 West Cheyenne Avenue | 41 North Highway 160, Ste. 8 |
| Las Vegas, NV  89129 | Parhump, Nevada 89060 |
| Attorney for Defendants | |

/ / /

/ / /

/ / /

*Tilahun v. Clark County Las Vegas Stadium, LLC., et. al.*
Case No. 2:24-cv-00441-JAD-EJY
Stipulation and Order to Remand Removed Action

### **ORDER**

Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS ORDERED that **the Clerk of Court is directed to REMAND this case back to the Eighth Judicial District Court for Clark County, Nevada**, Case Number A-24-885918-C, Department 2, and **CLOSE THIS CASE**. There are no other motions pending in this federal action, so this case returns to state court with no motions pending.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 8, 2024

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

## Audrianna Click

| | |
|---|---|
| **From:** | Jonathan Nelson <Jonathan@jknelsonlaw.com> |
| **Sent:** | Tuesday, May 7, 2024 9:34 AM |
| **To:** | Audrianna Click |
| **Cc:** | Stephanie Zinna; Alexander Adrian; Cindie McCulloch |
| **Subject:** | RE: Tilahun v Clark County Las Vegas Stadium et al |

You have my permission to affix my e-signature.

Jonathan K. Nelson, Esq.

---

**From:** Audrianna Click <aclick@ocgattorneys.com>
**Sent:** Monday, May 6, 2024 2:31 PM
**To:** Jonathan Nelson <Jonathan@jknelsonlaw.com>
**Cc:** Stephanie Zinna <szinna@ocgas.com>; Alexander Adrian <Aadrian@ocgattorneys.com>; Cindie McCulloch <cmcculloch@ocgas.com>
**Subject:** Tilahun v Clark County Las Vegas Stadium et al

Good afternoon,

Can you please review the attached Stip to Remand Removed Action and let me know if you have any changes or if I may affix your e-signature?

Thank you kindly!

Audrianna Click
Legal Assistant to
Stephanie Zinna, Esq
Paterno C. Jurani, Esq.
Olson Cannon & Gormley
9950 W Cheyenne Ave Las Vegas, NV 89129
Ph: (702) 384-4012 | F: (702) 383-0701
aclick@ocgattorneys.com

**\*\*Please be advised our firm's email addresses currently** aclick@ocgas.com **will expire.**
**New email address:** aclick@ocgattorneys.com

This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss or damage arising in any way from its use. If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.

This message and any attached document(s) are intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If you are not the named addressee, or the employee or agent